# EXHIBIT 1



LIBRARY buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = IMG_2819.jpg,IMG_2827.jpg,IMG_2860.jpg,IMG_2862.jpg,IMG_2866.jpg,IMG_2907.jpg,IMG_2912.jpg,IMG_2913.
Search Results: Displaying 1 of 1 entries



**IMG_2819.jpg,IMG_2827.jpg,IMG_2860.jpg,IMG_2862.jpg,IMG_2866.jpg,IMG_2907.jpg,IMG_2912.jpg,IMG_2913.jpg,IMG_2937.jpg,IMG_2952.jpg,IMG_2953.jpg,IMG_2954.jpg,IMG_2978.jpg,IMG_2988.jpg,....**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002199192 / 2020-04-06 |
| **Application Title:** | IMG_2819.jpg,IMG_2827.jpg,IMG_2860.jpg,IMG_2862.jpg,IMG_2866.jpg,IMG_2907.jpg,IMG_2912.jpg,IMG_2913.jpg,IMG_2937.jpg,IMG_2952.jpg,IMG_2953.jpg,IMG_2954.jpg,IMG_2978.jpg,IMG_2988.jpg, |
| **Title:** | IMG_2819.jpg,IMG_2827.jpg,IMG_2860.jpg,IMG_2862.jpg,IMG_2866.jpg,IMG_2907.jpg,IMG_2912.jpg,IMG_2913.jpg,IMG_2937.jpg,IMG_2952.jpg,IMG_2953.jpg,IMG_2954.jpg,IMG_2978.jpg,IMG_2988.jpg,. [Group registration of published photographs. 14 photographs. 2016-09-01 to 2016-09-30] |
| **Description:** | 14 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Trust for Family of Christopher Warman, Transfer: By written agreement. Address: 1911 Leesburg Grove City Road, Suite 235, Grove City, PA, 16127, United States. |
| **Date of Creation:** | 2016 |
| **Publication Date Range:** | 2016-09-01 to 2016-09-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Fornataro; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | John C. Thomas, III, The Webb Law Firm, 420 Ft. Duquesne Blvd., Suite 1200, One Gateway Center, Pittsburgh, PA, 15222, United States, (412) 471-8815, trademarks@webblaw.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Names:** | Fornataro, Michael |
| | Trust for Family of Christopher Warman |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record    Format for Print/Save |
| Enter your email address: | ____    Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page