# EXHIBIT 2













<September>
</September>















