# **EXHIBIT 3**



