IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CHRISTOPHER M. WARMAN; TRUST FOR FAMILY OF CHRISTOPHER WARMAN; CHOCOLATE MOONSHINE, LLC, | ) ) ) ) | Civil Action<br><br>No. 2:19-cv-01224-PLD |
|---|---|---|
| Plaintiffs, | ) ) ) | Magistrate Judge Patricia L. Dodge |
| v. | ) ) | *Electronically Filed* |
| LOCAL YOKELS FUDGE, LLC; CHRISTINE FALVO; CHARLES BRIAN GRIFFIN; DONALD KONIECZNY; CM CHOCOLATIER, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 20th day of January, 2021, it is hereby ORDERED, JUDGED and DECREED that the Parties' **MOTION TO AMEND CASE MANAGEMENT SCHEDULING ORDER**, is GRANTED. As such, the Court adopts the following dates as set out in the **SECOND AMENDED CASE MANAGEMENT SCHEDULING ORDER:**

| Description | Date |
|---|---|
| Close of Fact Discovery | March 25, 2021 |
| Post-Discovery Status Conference | March 30, 2021 at 9:30 a.m. |
| Plaintiffs' Expert Reports | May 13, 2021 |
| Defendants' Expert Reports | June 11, 2021 |
| Expert Depositions to be completed | July 28, 2021 |

    __s/ Patricia L Dodge_____ _____
    HON. PATRICIA L. DODGE
    UNITED STATES MAGISTRATE JUDGE