IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER M. WARMAN; TRUST FOR FAMILY OF CHRISTOPHER WARMAN; CHOCOLATE MOONSHINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL YOKELS FUDGE, LLC; CHRISTINE FALVO; CHARLES BRIAN GRIFFIN; DONALD KONIECZNY; CM CHOCOLATIER, LLC, <br><br> Defendants. | Civil Action <br><br> No. 2:19-cv-01224-PLD <br><br> Magistrate Judge Patricia L. Dodge <br><br> *Electronically Filed* |

## ORDER OF COURT

AND NOW, this  26th  day of March, 2021, it is hereby ORDERED, JUDGED and DECREED that the Parties' **MOTION TO AMEND SECOND AMENDED CASE MANAGEMENT SCHEDULING ORDER**, is GRANTED. As such, the Court adopts the following dates as set out in the **PROPOSED AMENDED CASE MANAGEMENT SCHEDULING ORDER:**

| Description | Date |
|---|---|
| Close of Fact Discovery | April 26, 2021 |
| Post-Discovery Status Conference | April 28, 2021 at 9:30 a.m. |
| Plaintiffs' Expert Reports | June 14, 2021 |
| Defendants' Expert Reports | July 12, 2021 |
| Expert Depositions to be completed | August 28, 2021 |

Currently served and outstanding written discovery will be answered and responded to in the time limits provided by the Rules of Procedure.

s/ Patricia L Dodge
_____
HON. PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE