# CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Civil Number | 2:19-cv-1224 | Case closed | December 7th | 2023 |
| Before Judge | Magistrate Judge Patricia L Dodge | Judge Charges Jury | December 7th | 2023 |
| Appears for Pltf. | M. Betts, G. Acker Wood, and P. Calabrese | Jury Retires | December 7th | 2023 |
| | | Verdict | December 8th | 2023 |
| | | Verdict in favor of | Plaintiffs and against Defendants | |
| Appears for Deft. | S. Stein and D. Zwier | Punitive Damages Case Open | | 20__ |
| | | Punitive Damages Case Closed | | 20__ |
| | | Punitive Damages Verdict | | 20__ |
| Appears for 3rd pty. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Pltf. opens | November 27th | 2023 | Law Clerk | S. Catz | |
| Pltf. rest | December 5th | 2023 | Court Reporter | Karen Earley | |
| Pltf. close | December 7th | 2023 | Deputy Clerk | M. Eckenrode | |
| Deft. opens | November 27th | 2023 | | | |
| Deft. rest | December 5th | 2023 | | | |
| Deft. close | December 7th | 2023 | | | |

## JURY

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 

## TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| **Trial Opens** | November 27th | 2023 |
| **Continues** | November 28th | 2023 |
| **Continues** | November 29th | 2023 |
| **Continues** | November 30th | 2023 |
| **Continues** | December 1st | 2023 |
| **Continues** | December 4th | 2023 |
| **Continues** | December 5th | 2023 |
| **Continues** | December 7th | 2023 |
| **Continues** | | 20__ |
| **Continues** | | 20__ |
| **Continues** | | 20__ |
| **Continues** | | 20__ |
| **Continues** | | 20__ |
| **Continues** | | 20__ |
| **Trial closed** | December 8th | 2023 |

## TRIAL MOTIONS

Defendant Rule 50 Motion

Court denied motion for the reasons stated on the record