IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER M. WARMAN; TRUST FOR FAMILY OF CHRISTOPHER WARMAN; and CHOCOLATE MOONSHINE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL YOKELS FUDGE, LLC; CHRISTINE FALVO; CHARLES BRIAN GRIFFIN; DONALD KONIECZNY; and CM CHOCOLATIER, LLC,<br><br>Defendants. | C.A. No. 2:19-cv-01224-PLD |

## ORDER

AND NOW, this 25th day of July, 2025, upon consideration of Plaintiffs' Motion to Stay Enforcement of Judgment Under FRCP 62(b) (ECF 492) filed July 3, 2025 and Defendants' Response (ECF 495) filed on July 17, 2025, it is hereby ORDERED as follows:

1. The Court's Orders awarding fees to Defendants (ECF 474 and 491) are stayed pending appeal upon the posting by Plaintiffs with the office of the Clerk of Court of a cash bond in the amount of 120% of the amount of the fees awarded and the acceptance of the cash bond by the Clerk as sufficient security under Rule 62(b).

2. The stay shall remain in effect until the conclusion of the appeal.

3. The bond must obligate each of the named Plaintiffs as principals, jointly and severally.

4. After the stay is lifted, Defendants may seek to recover any costs associated with enforcing the judgment that were incurred prior to the posting of the cash bond referenced herein.

BY THE COURT:

_____
Patricia L. Dodge
United States Magistrate Judge